UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Colleen Coccia v. Bayer Corporation, et al.* | No. 3:11-cv-12027-DRH |
| *Jennifer Reeder v. Bayer Corporation, et al.* | No. 3:11-cv-12375-DRH |
| *Renee Beck, et al. v. Bayer Corporation, et al.* | No. 3:11-cv-12312-DRH |
| *Tracy Owen v. Bayer Corporation, et al.* | No. 3:10-cv-13652-DRH |
| *Victoria Crystal Blue v. Bayer HealthCare Pharmaceuticals In. et al.* | No. 3:12-cv-10570-DRH |
| *Cynthia Safford v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:11-cv-12031-DRH |
| *Rethea Graves, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:12-cv-10837-DRH |
| *Kaitlin M. Howell v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:10-cv-12769-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**   These matters are before the Court for the purpose of docket control.

2

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on October 17, 2013, the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

                                                    **NANCY J. ROSENSTENGEL,**
                                                    **CLERK OF COURT**

                                                    **BY:**   */s/Sara Jennings*
                                                               **Deputy Clerk**

Dated: October 29, 2013

                      David R. Herndon
                      2013.10.29
                      06:44:59 -05'00'

APPROVED:
        CHIEF JUDGE
        U. S. DISTRICT COURT